**United States District Court**
For the Northern District of California

**\*E-FILED 01-21-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BERNICE JACOBS,

   Plaintiff,

 v.

BANK OF AMERICA, N.A.; BAC HOME
LOAN SERVICING, LP; RECONTRUST
COMPANY; FEDERAL NATIONAL
MORTGAGE ASSOCIATION, DOES 1-100,

   Defendants.

_____/

No. C10-04596 HRL

**ORDER GRANTING PLAINTIFF'S
REQUEST FOR TELEPHONIC
APPEARANCE**

  Plaintiff's request for telephonic appearance at the January 25, 2011 motion hearing is
granted.  Plaintiff's counsel shall initiate the call to the court via CourtCall (866-582-6878) just
prior to the time appointed for the hearing.

  SO ORDERED.

Dated: January 21, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-04596-HRL Notice has been electronically mailed to:

Deborah Anne Goldfarb      deborah.goldfarb@bryancave.com, grace.wayte@bryancave.com

Melbourne Brady Weddle      MelbourneW@msn.com

Robert Alan Padway      robert.padway@bryancave.com, connie.lee@bryancave.com

Robert James Esposito      robert.esposito@bryancave.com, connie.lee@bryancave.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California