1  **BRYAN CAVE LLP**                                   *E-FILED 02-08-2011*
   Robert A. Padway, California Bar No. 48439
2  Deborah Goldfarb, California Bar No. 241942
   Robert J. Esposito, California Bar No. 267031
3  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111
4  Telephone:    415-675-3400
   Facsimile:    415-675-3434
5  E-mail:       robert.padway@bryancave.com
                 deborah.goldfarb@bryancave.com
6                robert.esposito@bryancave.com

7  Attorneys for Defendants
   BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and RECONTRUST
8  COMPANY, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BERNICE JACOBS,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1-100 inclusive,<br><br>            Defendants. | Case No. 10-cv-04596-HRL<br><br>**JOINT STIPULATED REQUEST FOR ORDER CONTINUING RULE 26(F) CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT, AND INITIAL DISCLOSURES AND [PROPOSED] ORDER**<br>**MODIFIED BY THE COURT**<br><br>Current Hearing Date<br>Date:        February 22, 2011<br>Time:        1:30 p.m.<br>Courtroom:   2, 5th Floor<br>Judge:       Hon. Howard R. Lloyd<br><br>Requested Continued Hearing Date<br>Date:        June 21, 2011<br>Time:        1:30 p.m.<br>Courtroom:   2, 5th Floor<br>Judge:       Hon. Howard R. Lloyd |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

## STIPULATION

Plaintiff Bernice Jacobs and Defendants[1] Bank of America, N.A., BAC Home Loans Servicing, LP, and Recontrust Company, N.A. ("Defendants") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff is required to file a First Amended Complaint by February 9, 2011. (*See* Dkt. 21). Plaintiff hereby requests the Court's permission to extend this deadline five business days to February 16, 2011. Defendants do not oppose such extension.

2. The initial case management conference ("CMC") is currently scheduled for hearing in this Court on February 22, 2011.

3. Defendants are required to file a responsive pleading on or before March 2, 2011, which would be extended to March 9, 2011 if the Court were to grant the above-referenced extension. The hearing regarding a Motion to Dismiss the First Amended Complaint would not be held until April 19, 2011 at the earliest (allowing 35 days from filing).

4. The Parties stipulate and hereby request that this Court continue the CMC and briefing schedule as follows:

    a. The CMC shall be scheduled for hearing in this Court on Tuesday, June 21, 2011 at 1:30 p.m.

    b. The deadline for filing the Rule 26(f) Report/Case Management Statement and completing initial disclosures shall be June 14, 2011.

    c. The deadline for filing an ADR Certification shall be June 14, 2011.

5. The content of this document is acceptable to all persons who have signed below.

////
////
////
////
////

---

[1] Federal National Mortgage Association has been dismissed from this action with prejudice. (*See* Dkt. 21).

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

6. The extensions of time requested herein will not result in prejudice to any party to this action or to this Court.

**IT IS SO STIPULATED.**

Dated: February 7, 2011    Melbourne Brady Weddle

By:  /s/ Melbourne Brady Weddle
     Melbourne Brady Weddle
Attorney for Plaintiff
BERNICE JACOBS

Dated: February 7, 2011    Robert A. Padway
Deborah A. Goldfarb, Esq.
Robert J. Esposito
**BRYAN CAVE LLP**

By:  /s/ Robert J. Esposito
     Robert J. Esposito
Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and RECONTRUST COMPANY, N.A.

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED. However, the deadline for filing the ADR Certification and ADR Stipulation (or Notice of Need for ADR Phone Conference) is May 31, 2011.**

_____February 8__, 2011    _____
                           Honorable Howard R. Lloyd
                           United States District Court
                           Northern District of California