**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Deborah Goldfarb, California Bar No. 241942
Robert J. Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   415-675-3400
Facsimile:    415-675-3434
E-mail:        robert.padway@bryancave.com
                   deborah.goldfarb@bryancave.com
                   robert.esposito@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and RECONTRUST COMPANY, N.A.


Melbourne B. Weddle, California Bar No. 34858
P.O. Box 593
Santa Barbara, CA 93102
Telephone:    (805) 966-1038
Facsimile:     (805) 966-9758
E-mail:         melbournew@msn.com

Attorneys for Plaintiff
BERNICE JACOBS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BERNICE JACOBS,<br><br>            Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; and DOES 1-100 inclusive,<br><br>            Defendants. | Case No. 10-cv-04596-HRL<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES; [PROPOSED] ORDER**<br><br>Judge:     Hon. Howard R. Lloyd |

## NOTICE OF SETTLEMENT

Plaintiff Bernice Jacobs and Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, and ReconTrust Company, N.A. (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the parties have reached settlement of the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings. The Parties will submit a stipulation for dismissal without delay, upon completion of settlement in this matter.

Dated: March 11, 2011

Melbourne Brady Weddle

By: /s/ Melbourne Brady Weddle
Melbourne Brady Weddle
Attorney for Plaintiff
BERNICE JACOBS

Dated: March 11, 2011

Robert A. Padway
Deborah A. Goldfarb
Robert J. Esposito
**BRYAN CAVE LLP**

By: /s/ Robert J. Esposito
Robert J. Esposito
Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and RECONTRUST COMPANY, N.A.

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated.

**IT IS SO ORDERED.**

_____, 2011

_____
Honorable Howard R. Lloyd
United States District Court
Northern District of California