***E-FILED 05-20-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNICE JACOBS, | No. C10-04596 HRL |
| Plaintiff, | **ORDER (1) VACATING SHOW CAUSE HEARING; (2) GRANTING PLAINTIFF'S REQUEST TO PROCEED PRO SE; AND (3) SETTING BRIEFING AND HEARING DATES RE DEFENDANTS' MOTION TO ENFORCE SETTLEMENT** |
| v. | |
| BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; and DOES 100, inclusive, | |
| Defendants. | |

The parties previously advised that this case settled. The court now being informed that disputes have arisen as to that settlement:

1. The May 24, 2011 show cause hearing re settlement is vacated.

2. There being no objection, plaintiff's request to proceed pro se in place of her attorney, Melbourne B. Weddle, is granted. Weddle is relieved as counsel of record.

3. Defendants' motion to enforce the settlement is set for hearing on **July 12, 2011, 10:00 a.m.** in Courtroom 2. Plaintiff's opposition papers shall be filed no later than **June 21, 2011**. Defendants' reply shall be filed by **June 28, 2011**.

SO ORDERED.

Dated:   May 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-04596-HRL Notice has been electronically mailed to:

2  Deborah Anne Goldfarb    deborah.goldfarb@bryancave.com, grace.wayte@bryancave.com

3  Melbourne Brady Weddle    MelbourneW@msn.com

4  Robert Alan Padway    robert.padway@bryancave.com, connie.lee@bryancave.com

5  Robert James Esposito    robert.esposito@bryancave.com, connie.lee@bryancave.com

6

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

8

9  5:10-cv-04596-HRL Notice mailed to:

10 Bernice Jacobs
   P.O. Box 221977
11 Carmel, CA 93922

(line numbers 12–28 blank)

**United States District Court**
For the Northern District of California

2